**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Brunettea Jones
                           Plaintiff,

v.                                                     Case No.: 1:25−cv−00257
                                                           Honorable Edmond E. Chang

Popeyes Louisiana Kitchen, INC.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 14, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: The Defendant's unopposed extension motion to respond to the complaint [7] is granted to 03/04/2025. On review of the status report, R. 9, the tracking status hearing of 02/21/2025 is reset to 03/21/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). If a motion to dismiss is filed, then the response to the motion is due on 04/01/2025. The reply is due on 04/15/2025. If no motion to dismiss is filed, then the parties shall file an updated joint status report on 03/14/2024. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.